# THOMAS R. BREEDEN, P.C.
### ATTORNEY & COUNSELOR AT LAW

WWW.TBREEDENLAW.COM                                    TRB@TBREEDENLAW.COM

April 24, 2015



U.S. District Court Clerk
Civil Division
Fernando Galindo
401 Courthouse Square
Alexandria, VA 22314

      Re:    *Donna Montinola v. Equifax Information Services, LLC, et al.*
              Case No. 1:15cv409

Dear Clerk:

I enclose the following documents for filing in the above-referenced matter:

1. Return of Service for Defendant Navy Federal Credit Union

If you have any questions, please feel free to contact us.

Very truly yours,

*Heather*

Heather Damewood,
Paralegal to Thomas R. Breeden

TRB/hdd
Enclosure

10326 LOMOND DRIVE    MANASSAS, VIRGINIA 20109    TELEPHONE (703) 361-9277    FACSIMILE (703) 257-2259