IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**DONNA MONTINOLA,**
*formerly known as*
**Donna Moreno,**

    **Plaintiff,**

v.                        **CIVIL NO. 1:15-cv-409**

**EQUIFAX INFORMATION SERVICES, LLC.,
NAVY FEDERAL CREDIT UNION, and BANK
OF AMERICA, NATIONAL ASSOCIATION**

    **Defendants,**

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **DONNA MONTINOLA**, and the Defendant **BANK OF AMERICA, NATIONAL ASSOCIATION**, by counsel, and hereby moves the Court to dismiss with prejudice all claims *only against* **BANK OF AMERICA, NATIONAL ASSOCIATION.**, in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only against* Defendant **BANK OF AMERICA, NATIONAL ASSOCIATION.**, is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this ___ day of _____, 2015.

                                                   /s/
                                     Gerald Bruce Lee
                                     United States District Judge
                                            JUDGE